IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIO OLVERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:11-cv-3818-AT |
| | : | |
| JP MORGAN CHASE and CHASE HOME LOAN, | : | |
| | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

This action was removed from the Superior Court of DeKalb County on November 4, 2011. Defendants Chase Home Loan and JP Morgan Chase filed a motion to dismiss on November 11, 2011 [Doc. 2]. On January 24, 2012, the Magistrate Judge issued a Report and Recommendation that the motion to dismiss be granted [Doc. 7]. The Clerk mailed the Report and Recommendation to Plaintiff Mario Olvera on January 24, 2012. On February 13, 2012, the Report and Recommendation was returned to the Clerk as undeliverable.

Local Rule 41.2(C), NDGa, states, "The failure of counsel for a party or of a party appearing *pro se* to keep the clerk's office informed of any change in address

and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." In accordance with this rule, this action is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to keep the Court informed of any changes in address. The Clerk is **DIRECTED** to close this case.

It is so **ORDERED** this 17th day of February, 2012.

_____
Amy Totenberg
United States District Judge